FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 03-42824 | | | Trustee Name: | Karin A. Garvin |
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | | | Date Filed (f) or Converted (c): | 10/14/2003 (f) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 12/04/2003 |
| | | | | Claims Bar Date: | 03/08/2004 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | NET PROCEEDS-SALE OF LOST KEY PLANTATION | $406,903.31 | $414,534.81 | | $414,534.81 | FA |
| 2 | Fraud Claim against Clifford Worley (u) | Unknown | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | R. Rushing, Esq. representing Alfreda Worley in pursuing fraud claim against C. Worley | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $17,322.21 | FA |

**TOTALS (Excluding unknown value)**                                                                                                  **Gross Value of Remaining Assets**

| | $406,903.31 | $414,535.81 | | $431,857.02 | $1.00 |

---

**Major Activities affecting case closing:**

| 06/28/2022 | Current creditor atty Morock pursuing fraud action to benefit the estate filed Motion to withdraw as counsel; previous atty for creditor withdrew.  Creditor is investigating new counsel to hire. |
| | Projected closing 6/2024 |
| 06/30/2017 | Robert Rushing still attempting to locate Clifford Worley for 2004 exam; fraud claim being pursued for estate benefit |
| | current projected closing 1/2019 |
| 11/15/2016 | Rushing, Esq. setting new 2004 exam in next several months due to failure to locate Clifford Worley.  Fraud claim being pursued to benefit the estate. |
| | Projected closing 1/18 |
| 05/15/2016 | Rushing, Esq pursuing discovery against C. Worley |
| | Projected closing 1/15/17 |
| 06/29/2015 | Original case TFR Submitted 10/2/2007-TDR submitted to UST 10/2/2008-Final Decree date 12/29/2008 |
| 06/29/2015 | Case reopened on 2/19/15; contacted several attorneys |
| | to represent estate; waiting on response from atty |
| | who may be interested.  Estate has no funds and atty must |
| | agree to contingency fee and to cover costs if unsuccessful |
| | Depo of Katherine Wilborn 3/5/08 |
| | Surplus funds in excess of the filed allowed claims |
| | projected closing date 4/2008 |

Initial Projected Date Of Final Report (TFR):    03/01/2005          Current Projected Date Of Final Report (TFR):    12/15/2023          /s/ KARIN A. GARVIN

                                                                                                                                    KARIN A. GARVIN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 03-42824 | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3661 | Money Market Acct #: | ******4365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2004 | (1) | Champion Development Management Corp | Payment of Proceeds of Sale | 1129-000 | $414,534.81 | | $414,534.81 |
| 01/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | $24.78 | | $414,559.59 |
| 02/27/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | $65.70 | | $414,625.29 |
| 03/31/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | $64.57 | | $414,689.86 |
| 04/02/2004 | | ACCOUNT FUNDED: ********4319 | | 9999-000 | | $414,646.44 | $43.42 |
| 04/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | $1.70 | | $45.12 |
| 05/28/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | $0.01 | | $45.13 |
| 06/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | $0.01 | | $45.14 |
| 07/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | $0.01 | | $45.15 |
| 08/31/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | $0.01 | | $45.16 |
| 09/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | $0.01 | | $45.17 |
| 10/29/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | $0.01 | | $45.18 |
| 11/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | $0.01 | | $45.19 |
| 12/31/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | $0.01 | | $45.20 |
| 01/31/2005 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | $0.01 | | $45.21 |
| 02/28/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.01 | | $45.22 |
| 03/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.01 | | $45.23 |
| 04/29/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.01 | | $45.24 |
| 05/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.01 | | $45.25 |
| 06/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | $0.01 | | $45.26 |
| 07/29/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | $0.02 | | $45.28 |
| 08/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | $0.02 | | $45.30 |
| 09/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | $0.02 | | $45.32 |
| 10/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $0.02 | | $45.34 |
| 11/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $0.02 | | $45.36 |
| | | | **SUBTOTALS** | | **$414,691.80** | **$414,646.44** | |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 03-42824 | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3661 | | Money Market Acct #: | ******4365 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.38 |
| 01/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $0.03 | | $45.41 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $0.02 | | $45.43 |
| 03/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $0.03 | | $45.46 |
| 04/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.03 | | $45.49 |
| 05/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.03 | | $45.52 |
| 06/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.03 | | $45.55 |
| 07/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.03 | | $45.58 |
| 08/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.03 | | $45.61 |
| 09/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.02 | | $45.63 |
| 10/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.03 | | $45.66 |
| 11/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.03 | | $45.69 |
| 12/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.02 | | $45.71 |
| 01/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.03 | | $45.74 |
| 02/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.76 |
| 03/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.78 |
| 04/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.80 |
| 05/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.82 |
| 06/29/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.84 |
| 07/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.86 |
| 08/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.88 |
| 09/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.90 |
| 10/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.02 | | $45.92 |
| 11/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $0.02 | | $45.94 |
| 12/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $0.02 | | $45.96 |
| | | | **SUBTOTALS** | | **$0.60** | **$0.00** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 03-42824 | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3661 | Money Market Acct #: | ******4365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $0.02 | | $45.98 |
| 06/18/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | | | $45.98 |
| 06/18/2008 | | To Account #********4366 | Final Transfer | 9999-000 | | $45.98 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | TOTALS: | $414,692.42 | $414,692.42 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $414,692.42 | |
| | Subtotal | $414,692.42 | $0.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $414,692.42 | $0.00 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 01/16/2004 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $414,692.42 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $414,692.42 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $414,692.42 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | | |  | | |
|---|---|---|---|---|---|
| Case No. | 03-42824 | | Trustee Name: | Karin A. Garvin | |
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | | Bank Name: | JPMORGAN CHASE BANK, N.A. | |
| Primary Taxpayer ID #: | **-***3661 | | Certificate of Deposits Acct #: | ******4319 | |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Time Deposit Account | |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $10,870,000.00 | |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2004 | | FUNDING ACCOUNT: ********4365 | | 9999-000 | $414,646.44 | | $414,646.44 |
| 04/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3100% | 1270-000 | $102.14 | | $414,748.58 |
| 05/28/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3100% | 1270-000 | $109.21 | | $414,857.79 |
| 06/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3100% | 1270-000 | $105.71 | | $414,963.50 |
| 07/02/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3100% | 1270-000 | $3.53 | | $414,967.03 |
| 07/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.5700% | 1270-000 | $182.62 | | $415,149.65 |
| 08/31/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.5700% | 1270-000 | $201.02 | | $415,350.67 |
| 09/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.5700% | 1270-000 | $194.62 | | $415,545.29 |
| 10/29/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.5900% | 1270-000 | $367.20 | | $415,912.49 |
| 11/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.5900% | 1270-000 | $355.67 | | $416,268.16 |
| 12/31/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.5900% | 1270-000 | $355.97 | | $416,624.13 |
| 03/01/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $444.81 | | $417,068.94 |
| 05/02/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $493.62 | | $417,562.56 |
| 08/01/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $831.70 | | $418,394.26 |
| 08/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8500% | 1270-000 | $291.74 | | $418,686.00 |
| 09/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $225.97 | | $418,911.97 |
| 10/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9000% | 1270-000 | $311.61 | | $419,223.58 |
| 11/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | $338.82 | | $419,562.40 |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | $327.60 | | $419,890.00 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | $720.13 | | $420,610.13 |
| 05/01/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1500% | 1270-000 | $820.49 | | $421,430.62 |
| 06/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3500% | 1270-000 | $932.91 | | $422,363.53 |
| 08/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $970.27 | | $423,333.80 |
| 11/27/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | $1,564.60 | | $424,898.40 |
| 02/26/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | $1,574.42 | | $426,472.82 |

**SUBTOTALS** $426,472.82  $0.00

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 03-42824 | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3661 | Certificate of Deposits Acct #: | ******4319 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Time Deposit Account |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $1,498.64 | | $427,971.46 |
| 08/24/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $866.21 | | $428,837.67 |
| 09/27/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $643.60 | | $429,481.27 |
| 10/23/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $428.51 | | $429,909.78 |
| 12/13/2007 | | Transferred to DDA | Transferred to DDA | 9999-000 | | $243,170.71 | $186,739.07 |
| 12/24/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $908.90 | | $187,647.97 |
| 02/20/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $396.89 | | $188,044.86 |
| 04/21/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $387.61 | | $188,432.47 |
| 06/19/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | $207.86 | | $188,640.33 |
| 06/24/2008 | | To Account #********4366 | Close CD | 9999-000 | | $188,640.33 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $431,811.04 | $431,811.04 | $0.00 |
| Less: Bank transfers/CDs | $414,646.44 | $431,811.04 | |
| Subtotal | $17,164.60 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $17,164.60 | $0.00 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 04/02/2004 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $17,164.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $17,164.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $414,646.44 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $431,811.04 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| Case No. | 03-42824 | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3661 | Checking Acct #: | ******4366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/13/2007 | | funds from CD acct | Funds from CD acct | 9999-000 | $243,170.71 | | $243,170.71 |
| 12/14/2007 | 101 | SMITH, SAUER & DEMARIA, P.A. | Interim Distribution | 7100-000 | | $21,212.45 | $221,958.26 |
| 12/14/2007 | 102 | Shell, Fleming, Davis & Menge | Interim Distribution | 7100-000 | | $5,483.00 | $216,475.26 |
| 12/14/2007 | 103 | MCDONALD, FLEMING, MOOREHEAD | Interim Distribution | 7100-000 | | $31,724.26 | $184,751.00 |
| 12/14/2007 | 104 | FAYETTE DENNISON, CPA | Interim Distribution | 7100-000 | | $180,000.00 | $4,751.00 |
| 12/14/2007 | 105 | Bizzell, Neff & Galloway, PA | | 3410-000 | | $4,751.00 | $0.00 |
| 06/18/2008 | | From Account #********4365 | Final Transfer | 9999-000 | $45.98 | | $45.98 |
| 06/24/2008 | | From Account #********4319 | Close CD | 9999-000 | $188,640.33 | | $188,686.31 |
| 06/24/2008 | 106 | Karin A. Garvin | Dividend paid 100.00% on $1,439.15, Trustee Expenses;  Reference: | 2200-000 | | $1,439.15 | $187,247.16 |
| 06/24/2008 | 107 | Karin A. Garvin | Dividend paid 100.00% on $21,408.41, Trustee Compensation;  Reference: | 2100-000 | | $21,408.41 | $165,838.75 |
| 06/24/2008 | 108 | Katherine Wilborn, CPA | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3   Dividend paid 100.00% on $50,000.00; Claim# 12; Filed: $50,000.00; Reference: | 7200-000 | | $50,000.00 | $115,838.75 |
| 06/24/2008 | 109 | SMITH, SAUER & DEMARIA, P.A. | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3   Dividend paid 100.00% on $1,196.03; Claim# 1I; Filed: $1,196.03; Reference: | 7990-000 | | $1,196.03 | $114,642.72 |
| 06/24/2008 | 109 | SMITH, SAUER & DEMARIA, P.A. | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3   Dividend paid 100.00% on $1,196.03; Claim# 1I; Filed: $1,196.03; Reference: | 7990-000 | | ($1,196.03) | $115,838.75 |
| 06/24/2008 | 110 | Shell, Fleming, Davis & Menge | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3   Dividend paid 100.00% on $309.15; Claim# 3I; Filed: $309.15; Reference: | 7990-000 | | $309.15 | $115,529.60 |

| | | | | SUBTOTALS | $431,857.02 | $316,327.42 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| Case No. | 03-42824 | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3661 | Checking Acct #: | ******4366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2008 | 110 | Shell, Fleming, Davis & Menge | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3  Dividend paid 100.00% on $309.15; Claim# 3I; Filed: $309.15; Reference: | 7990-000 | | ($309.15) | $115,838.75 |
| 06/24/2008 | 111 | MCDONALD, FLEMING, MOOREHEAD | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3  Dividend paid 100.00% on $1,788.73; Claim# 9I; Filed: $1,788.73; Reference: | 7990-000 | | $1,788.73 | $114,050.02 |
| 06/24/2008 | 111 | MCDONALD, FLEMING, MOOREHEAD | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3  Dividend paid 100.00% on $1,788.73; Claim# 9I; Filed: $1,788.73; Reference: | 7990-000 | | ($1,788.73) | $115,838.75 |
| 06/24/2008 | 112 | FAYETTE DENNISON, CPA | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3  Dividend paid 100.00% on $10,149.04; Claim# 11I; Filed: $10,149.04; Reference: | 7990-000 | | $10,149.04 | $105,689.71 |
| 06/24/2008 | 112 | FAYETTE DENNISON, CPA | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3  Dividend paid 100.00% on $10,149.04; Claim# 11I; Filed: $10,149.04; Reference: | 7990-000 | | ($10,149.04) | $115,838.75 |
| 06/24/2008 | 113 | Sherry Fowler Chancellor, Trustee | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3  Dividend paid 75.60% on $67,717.26; Claim# ADMIN; Filed: $67,717.26; Reference: | 8200-000 | | $51,197.90 | $64,640.85 |
| 06/24/2008 | 113 | Sherry Fowler Chancellor, Trustee | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3  Dividend paid 75.60% on $67,717.26; Claim# ADMIN; Filed: $67,717.26; Reference: | 8200-000 | | ($51,197.90) | $115,838.75 |
| 06/24/2008 | 114 | David E. Bailey, Jr., Esq. | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3  Dividend paid 75.60% on $67,717.25; Claim# ADMIN; Filed: $67,717.25; Reference: | 8200-000 | | $51,197.90 | $64,640.85 |

**SUBTOTALS** $0.00  $50,888.75

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8

| Case No. | 03-42824 | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3661 | | Checking Acct #: | ******4366 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2008 | 114 | David E. Bailey, Jr., Esq. | DBA CHAMPION DEVELOPMENT MANAGEMENT 03-42824PNS3 Dividend paid 75.60% on $67,717.25; Claim# ADMIN; Filed: $67,717.25; Reference: | 8200-000 | | ($51,197.90) | $115,838.75 |
| 06/26/2008 | 115 | SMITH, SAUER & DEMARIA, P.A. | dba Champion Development Mngmnt Dividend paid 100% on $4242.00 | 7990-000 | | $4,242.00 | $111,596.75 |
| 06/26/2008 | 116 | Shell, Fleming, Davis & Menge | dba Champiom Development Mngmnt dividend paid 100% on $1097.00 | 7990-000 | | $1,097.00 | $110,499.75 |
| 06/26/2008 | 117 | MCDONALD, FLEMING, MOOREHEAD | dba Champion Development Mngmnt Dividend paid 100% on $6345.00 | 7990-000 | | $6,345.00 | $104,154.75 |
| 06/26/2008 | 118 | FAYETTE DENNISON, CPA | dba Champion Development Mngmnt dividend paid 100% on 36,000.00 | 7990-000 | | $36,000.00 | $68,154.75 |
| 06/26/2008 | 119 | Sherry Fowler Chancellor, Trustee | dba Champion Development Mngmnt Claim # Admin 34077.38 | 8200-002 | | $34,077.38 | $34,077.37 |
| 06/26/2008 | 120 | Alfreda Worley | dba Champion Development Mngmnt Claim # Admin $34077.37 | 8200-002 | | $34,077.37 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $64,640.85 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 9

| | |  | |
|---|---|---|---|
| **Case No.** | 03-42824 | **Trustee Name:** | Karin A. Garvin |
| **Case Name:** | DBA CHAMPION DEVELOPMENT MANAGEMENT | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | **-***3661 | **Checking Acct #:** | ******4366 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 07/01/2021 | **Blanket bond (per case limit):** | $10,870,000.00 |
| **For Period Ending:** | 06/30/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $431,857.02 | $431,857.02 | $0.00 |
| **Less: Bank transfers/CDs** | | $431,857.02 | $0.00 | |
| **Subtotal** | | $0.00 | $431,857.02 | |
| **Less: Payments to debtors** | | $0.00 | $68,154.75 | |
| **Net** | | $0.00 | $363,702.27 | |

**For the period of 07/01/2021 to 06/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/12/2007 to 6/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $431,857.02 |
| | |
| Total Compensable Disbursements: | $363,702.27 |
| Total Non-Compensable Disbursements: | $68,154.75 |
| Total Comp/Non Comp Disbursements: | $431,857.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10

| Case No. | 03-42824 | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | DBA CHAMPION DEVELOPMENT MANAGEMENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3661 | Checking Acct #: | ******4366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $431,857.02 | $431,857.02 | $0.00 |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 12/12/2007 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $431,857.02 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $431,857.02 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $846,503.46 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $363,702.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $68,154.75 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $431,857.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $846,503.46 |

/s/ KARIN A. GARVIN

KARIN A. GARVIN